```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    INDICTMENT

        -v.-                      :    07 Cr.

DANIEL KIKABIDZE,                 :
     a/k/a "Daniel Spiegelman,"
     a/k/a "Mark Brian Sher,"
     a/k/a "Paul Stephan Atkins,"
     a/k/a "Andrew James Weber,"  :
     a/k/a "Sean James Moore,"
     a/k/a "William Taylor,"      :
     a/k/a "Andreas Kessler,"
     a/k/a "Craig Wesley          :
           Hesseltine,"
     a/k/a "Martin James Harris," :

             Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

JUDGE HOLWELL

07 CRIM 1140

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 12 2007

COUNT ONE

The Grand Jury charges:

On or about July 13, 1999, in the Southern District of New York and elsewhere, DANIEL KIKABIDZE, a/k/a "Daniel Spiegelman," a/k/a "Mark Brian Sher," a/k/a "Paul Stephan Atkins," a/k/a "Andrew James Weber," a/k/a "Sean James Moore," a/k/a "William Taylor," a/k/a "Andreas Kessler," a/k/a "Craig Wesley Hesseltine," a/k/a "Martin James Harris," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, KIKABIDZE submitted an application for a United

States passport containing false information, including a false name, date of birth, place of birth, and social security number. (Title 18, United States Code, Section 1542.)

*[signatures]*

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DANIEL KIKABIDZE,
a/k/a "Daniel Spiegelman,"
a/k/a "Mark Brian Sher,"
a/k/a "Paul Stephan Atkins,"
a/k/a "Andrew James Weber,"
a/k/a "Sean James Moore,"
a/k/a "William Taylor,"
a/k/a "Andreas Kessler,"
a/k/a "Craig Wesley Hesseltine,"
a/k/a "Martin James Harris,"

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. § 1542.)


                                    MICHAEL J. GARCIA
                                    United States Attorney.

A TRUE BILL

                                    _____
                                         Foreperson.

12/12/07 Filed Indictment. Case assigned to Judge Holwell. A/W issued.
s/ Mag Judge Katz